BALSAM FELBER & GOLDFIELD
99 WALL STREET, NEW YORK, N.Y. 10005
TELEPHONE: (212) 422-4600
TELEFAX: (212) 422-4605

DANIEL M. FELBER

PARTNER

*Granted As modified So ordered.*

April 14, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 26 2006 ★
BROOKLYN OFFICE

s/John Gleeson

The Honorable John Gleeson
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: USA v. Kenneth Lewis
    05 Cr. 941 (JG)

Dear Judge Gleeson: — 12:00 pm (JG)

Please accept this letter as the defendant's request for an adjournment of his sentence to May 5, 2006 at ~~2:00~~ pm.

The government has consented to the foregoing request.

Respectfully submitted,

Daniel M. Felber

dmf.lr
cc: AUSA Morris J. Fodeman